IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BOBBIE NELL SPEARMAN                                                                    PLAINTIFF

VS.                              CASE NO. 4:06-CV-4056

FRED'S INC., A Tennessee Corporation
Doing Business in Arkansas, and FRED'S
DISCOUNT STORE, A Retail Store
Doing Business in Hope, Hempstead County,
Arkansas                                                                                DEFENDANTS

## ORDER

Before the Court is Plaintiff Bobbie Nell Spearman's second Motion to Remand. (Doc. 24-1). The Court denied Plaintiff's first Motion to Remand on September 15, 2006. (Doc. 5). Both motions for remand are grounded in Plaintiff's settlement demands, which have been for less than the federal amount in controversy requirement. (*See* Doc. 3, pg. 1; Doc. 24-2, pg. 2). Thus, the motion presents the Court with a second opportunity to find Plaintiff's unilateral settlement demands sufficient to divest this Court of subject matter jurisdiction. The Court declines this request.

In addition, Plaintiff's second Motion to Remand is untimely. Under the terms of the Court's Final Scheduling Order, (Doc. 9) entered November 30, 2006, motions, including motions for remand, must be filed no later than thirty (30) days prior to trial unless good cause is shown for delay. Trial of this matter is set for August 20, 2007, while the motion to remand was filed July 27, 2007–less than thirty days ahead of the trial setting. The motion makes no mention of good cause for the delay in its filing.

Accordingly, Plaintiff's second Motion to Remand should be and hereby is **DENIED**. In addition, Plaintiff's Motion entitled "Offer of Settlement" (Doc. 25) is **DENIED**. Should a settlement conference be desired, the parties are instructed to contact the chambers of United States

Magistrate Judge Barry A. Bryant at (870) 773-2005.

**IT IS SO ORDERED**, this 31st day of July, 2007.

                                                  /s/ Harry F. Barnes
                                        Hon. Harry F. Barnes
                                        United States District Judge